IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SMARTFLASH LLC, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | CASE NO. 6:13-CV-448-JRG-KNM |
| SAMSUNG ELECTRONICS CO., LTD., *et al.*, | § § § § § | |
| Defendants. | | |

## MEMORANDUM AND OPINION ORDER

Before the Court is Defendants' Motion to Stay Pending Covered Business Method Review (Doc. No. 149). The Court Denied a similar Motion filed by Defendants in Case No. 6:13-CV-447. For the reasons stated in the related Order in Case No. 6:13-CV-447 (6:13CV447, Doc. No 175), the Motion (Doc. No. 149) is **DENIED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 30th day of December, 2014.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE