**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SMARTFLASH LLC and<br>SMARTFLASH TECHNOLOGIES<br>LIMITED,<br><br>      Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 6:13-cv-00448-JRG-KNM<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' NOTICE REGARDING TRIAL DATE**

The Court previously indicated that it intends to set a trial date for this case upon the conclusion of the trial in *Smartflash LLC v. Apple Inc*., 13-cv-447. Defendants therefore respectfully submit the following information for the Court's consideration in scheduling this case for trial.

Defendants respectfully request four weeks' notice of the trial date. The reasons for this request are to accommodate and provide adequate notice to the three third-party witnesses on Defendants' will-call list and to the party witnesses and representatives who must travel from South Korea (for Samsung) and Taiwan (for HTC).

In addition, several of Defendants' expert witnesses are collectively scheduled to testify at seven trials in March and April. Defendants are able to provide those specific dates to the Court. Defendants are also available for an in-person or telephonic status conference at the Court's convenience.

Dated: February 27, 2015     Respectfully submitted,

By:  */s/ Kevin Smith*
Melissa J. Baily
CA Bar. No. 237649
melissabaily@quinnemanuel.com
Kevin A. Smith
CA Bar No. 250814
kevinsmith@quinnemanuel.com
Andrew M. Holmes
CA Bar. No. 260475
drewholmes@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700


    Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEY FOR DEFENDANT, SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.**

By: */s/ Philip A. Morin (with permission)*

John P. Schnurer, Lead Attorney
Texas State Bar No. 24072628
jschnurer@perkinscoie.com
Philip A. Morin
California State Bar No. 256864
pmorin@perkinscoie.com
Yun Louise Lu
California State Bar No. 253114
llu@perkinscoie.com
**PERKINS COIE LLP**
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Tel: 858-720-5700
Fax: 858-720-5799

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
**WILSON, ROBERTSON & CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

          **ATTORNEY FOR DEFENDANTS**
          **HTC CORPORATION, HTC AMERICA,**
          **INC. AND EXEDEA, INC.**

By:   */s/ Kevin A. Smith*

          Melissa J. Baily
          CA Bar. No. 237649
          melissabaily@quinnemanuel.com
          Kevin A. Smith
          CA Bar No. 250814
          kevinsmith@quinnemanuel.com
          Andrew M. Holmes
          CA Bar. No. 260475
          drewholmes@quinnemanuel.com
          **QUINN EMANUEL URQUHART &**
          **SULLIVAN LLP**
          50 California Street, 22nd Floor
          San Francisco, CA 94111
          Tel: 415-875-6600
          Fax: 415-875-6700

          **ATTORNEY FOR DEFENDANTS HTC**
          **CORPORATION AND HTC AMERICA,**
          **INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kevin A. Smith*