# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SMARTFLASH LLC and<br>SMARTFLASH TECHNOLOGIES LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al,<br><br>    Defendants. | Case No. 6:13-cv-00448-JRG-KNM<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, HTC Corporation, and HTC America, Inc. (collectively "Defendants") respectfully request that Howard Y. Chen be permitted to withdraw as counsel of record for Defendants in this action. Mr. Chen was previously admitted to represent Defendants as an associate of the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), as counsel of record for Defendants. Mr. Chen will be leaving Quinn Emanuel on February 27, 2015 and will no longer be associated with the firm.

Defendants will continue to be represented by Quinn Emanuel. Consequently, the withdrawal of Mr. Chen will not delay this proceeding, and no prejudice will result to any party. Counsel for Plaintiff Smartflash have met and conferred, and Smartflash has no objections to the withdrawal of the above-mentioned attorney as counsel for Defendants in this case.

Defendants respectfully request that ECF Notifications for this action be updated accordingly to remove Mr. Chen. Copies of all pleadings and notices pertaining to the above-entitle matter should continue to be forwarded to the remaining attorneys of record for Defendants.

Dated: February 27, 2015                    Respectfully submitted,

By:  */s/ Kevin A. Smith* (with permission)
    Melissa J. Baily
    CA Bar. No. 237649
    melissabaily@quinnemanuel.com
    Kevin A. Smith
    CA Bar No. 250814
    kevinsmith@quinnemanuel.com
    Andrew M. Holmes
    CA Bar. No. 260475
    drewholmes@quinnemanuel.com
    **QUINN EMANUEL URQUHART & SULLIVAN LLP**
    50 California Street, 22nd Floor
    San Francisco, CA 94111
    Tel: 415-875-6600
    Fax: 415-875-6700

    Michael E. Jones
    State Bar No. 10929400
    mikejones@potterminton.com
    Allen F. Gardner
    State Bar No. 24043679
    allengardner@potterminton.com
    **POTTER MINTON**
    A Professional Corporation
    110 N. College, Suite 500
    Tyler, Texas 75702
    Tel: (903) 597-8311
    Fax: (903) 593-0846

    **ATTORNEY FOR DEFENDANT, SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

By:  */s/ Philip A. Morin* (with permission)
    John P. Schnurer, Lead Attorney
    Texas State Bar No. 24072628
    jschnurer@perkinscoie.com
    Philip A. Morin
    California State Bar No. 256864
    pmorin@perkinscoie.com

Yun Louise Lu
California State Bar No. 253114
llu@perkinscoie.com
**PERKINS COIE LLP**
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Tel: 858-720-5700
Fax: 858-720-5799

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
**WILSON, ROBERTSON & CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

**ATTORNEY FOR DEFENDANTS HTC CORPORATION, HTC AMERICA, INC. AND EXEDEA, INC.**

By: */s/ Melissa Baily* (with permission)
Melissa J. Baily
CA Bar. No. 237649
melissabaily@quinnemanuel.com
Kevin A. Smith
CA Bar No. 250814
kevinsmith@quinnemanuel.com
Andrew M. Holmes
CA Bar. No. 260475
drewholmes@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

**ATTORNEY FOR DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case per Local Rule CV-5(a)(3).

Dated: February 27, 2015

                                              By:   */s/ Howard Y. Chen*
                                                    Howard Y. Chen