**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SMARTFLASH LLC, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CASE NO. 6:13-cv-448-JRG-KNM |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD.,** | § | JURY TRIAL DEMANDED |
| et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case is set for jury selection **before the Honorable Rodney Gilstrap Monday, August 3, 2015, at 9:00 a.m. with trial immediately to follow**. The case is **set for pretrial conference before the Honorable K. Nicole Mitchell on Tuesday, July 7, 2015, at 9:00 a.m**. The Court will resolve all exhibit disputes and pre-admit all exhibits at this hearing. The parties are **ORDERED** to meet and confer regarding exhibits and witnesses to resolve as many disputes and objections as possible prior to this hearing. The parties can expect to be noticed for a final pretrial conference before Judge Gilstrap as well.

If the parties wish to submit a jury questionnaire, it should be no more than one page front and back and should be submitted to the Court for approval by July 1, 2015, so that it may be mailed out with the jury summons.

Further, the parties are **ORDERED** to mediate before Judge Robert Faulkner. Mediation shall be completed before the pretrial conference in accordance with the Court-Annexed Mediation Plan, General Order 14-6. In particular, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives with authority to enter into stipulations, and any other required claims professionals (e.g., insurance adjusters, etc.) with

reasonable settlement authority and with sufficient stature in the organization to have direct access to those who make the ultimate decision about settlement.  Exceptions to this requirement may be made only by the undersigned.

So ORDERED and SIGNED this 18th day of March, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE