# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **SMARTFLASH LLC, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No. 6:13-cv-00448-JRG-KNM** |
| | § | |
| **SAMSUNG ELECTRONICS CO.,** | § | **JURY TRIAL DEMANDED** |
| **LTD., et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## HTC'S AMENDED TRIAL WITNESS LIST

Defendants HTC Corporation, HTC America, Inc., and Exedea, Inc. (collectively, "HTC") file this amended trial witness list (attached as Exhibit A) for identification and categorization of trial witnesses.

Date: May 15, 2015

Respectfully Submitted,

By:    _/s/  Philip A. Morin_ (with permission)

John P. Schnurer, Lead Attorney
Texas State Bar No. 24072628
jschnurer@perkinscoie.com
Philip A. Morin
California State Bar No. 256864
pmorin@perkinscoie.com
Yun Louise Lu
California State Bar No. 253114
llu@perkinscoie.com
Perkins Coie LLP
11988 El Camino Real, Suite 350
San Diego, CA  92130-2594
Tel: 858-720-5700
Fax: 858-720-5799

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
Wilson, Robertson & Cornelius, P.C.
909 ESE Loop 323, Suite 400

P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

**ATTORNEY FOR DEFENDANTS HTC CORPORATION, HTC AMERICA, INC. AND EXEDEA, INC.**

By:   */s/ Kevin A. Smith*

Melissa J. Baily
CA Bar. No. 237649
melissabaily@quinnemanuel.com
Kevin A. Smith
CA Bar No. 250814
kevinsmith@quinnemanuel.com
Andrew M. Holmes
CA Bar. No. 260475
drewholmes@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

**ATTORNEY FOR DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 15, 2015.

*/s/ Kevin A. Smith*

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **SMARTFLASH LLC, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No. 6:13-cv-00448-JRG-KNM** |
| | § | |
| **SAMSUNG ELECTRONICS CO.,** | § | **JURY TRIAL DEMANDED** |
| **LTD., et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**HTC'S AMENDED TRIAL WITNESS LIST**

Defendants HTC Corporation, HTC America, Inc., and Exedea, Inc. (collectively, "HTC") hereby identify the trial witnesses they may call live or by deposition. HTC's identification of witnesses is based on its assessment of the case at this time. HTC also does not know the nature and/or scope of the testimony and evidence that Plaintiffs Smartflash LLC and Smartflash Technologies Limited intend to present. Accordingly, HTC reserves the right to modify, amend and/or supplement these disclosures based on case developments, including but not limited to the right to: (i) not call some of the witnesses identified; (ii) calling live or by deposition any witness identified on the witness list provided by Smartflash as well as any witnesses necessary to authenticate or lay the foundation for the introduction of documents to which any opposing party objects (including but not limited to custodians of records); (iii) disclose additional witnesses to testify live or by deposition; and/or (iv) introduce deposition testimony as impeachment evidence. HTC further notes that its identification of any witness herein is not an admission that the witness' testimony would be admissible if proffered by Smartflash. HTC reserves the right to cross-examine any witness called to testify by any

1

opposing party or any other party, regardless of whether they are disclosed on this witness list,

including without limitation by counter-designation of proffered deposition testimony.

| Witness | Topic | Will/May/May But Likely Will Not Call | Deposed |
|---|---|---|---|
| Ben Goldberg<br><br>Contact through counsel for HTC | The subject matter of his expert reports | Will Call | Deposed |
| Ficus Kirkpatrick<br><br>Contact through counsel for Google | Issues related to non-infringement, damages | Will Call | Deposed |
| Jason Mackenzie<br><br>Contact through counsel for HTC | Issues related to non-infringement, damages, no willfulness, unenforceability | Will Call | Deposed |
| David Reibstein<br><br>Contact through counsel for HTC | The subject matter of his expert reports | Will Call | Deposed |
| Michael Siliski<br><br>Contact through counsel for Google | Issues related to non-infringement, damages | Will Call | Deposed |
| Brian Napper<br><br>Contact through counsel for HTC | The subject matter of his expert report | Will Call | Deposed |
| Andrew Wolfe<br><br>Contact through counsel for HTC | The subject matter of his expert reports | Will Call | Deposed |
| Tom Connelly<br><br>Contact through counsel for Google | Issues related to damages | May Call | Deposed |
| Daniel Hou<br><br>Contact through counsel for HTC | Issues related to non-infringement, damages | May Call | Deposed |
| Jerry Hsiao<br><br>Contact through counsel for HTC | Issues related to non-infringement, damages | Will call by deposition | Deposed |

| Witness | Topic | Will/May/May But Likely Will Not Call | Deposed |
|---|---|---|---|
| Jeff Lotspiech<br><br>jeff@lotspiech.com | Issues related to invalidity | May Call | Deposed |
| Raymond Pao<br><br>Contact through counsel for HTC | Issues related to non-infringement, damages | May Call | Deposed |
| Dennis Yang<br><br>Contact through counsel for HTC | Issues related to non-infringement, damages | May Call | Deposed |
| Lynn Yu<br><br>Contact through counsel for HTC | Issues related to non-infringement, damages, no willfulness | May Call | Deposed |
| Hsiu Lai<br><br>Contact through counsel for HTC | Issues related to damages | May But Likely Will Not Call | Deposed |
| Witnesses identified in Defendants' Deposition Designations | Topics identified in Defendants' deposition designations | Will call | Deposed |

Date: May 15, 2015                    Respectfully Submitted,

By:    */s/  Philip A. Morin* (with permission)

John P. Schnurer, Lead Attorney
Texas State Bar No. 24072628
jschnurer@perkinscoie.com
Philip A. Morin
California State Bar No. 256864
pmorin@perkinscoie.com
Yun Louise Lu
California State Bar No. 253114
llu@perkinscoie.com
Perkins Coie LLP
11988 El Camino Real, Suite 350
San Diego, CA  92130-2594
Tel: 858-720-5700
Fax: 858-720-5799

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
Wilson, Robertson & Cornelius, P.C.

909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

**ATTORNEY FOR DEFENDANTS
HTC CORPORATION, HTC
AMERICA, INC. AND EXEDEA,
INC.**

By:    _/s/ Kevin A. Smith_

Melissa J. Baily
CA Bar. No. 237649
melissabaily@quinnemanuel.com
Kevin A. Smith
CA Bar No. 250814
kevinsmith@quinnemanuel.com
Andrew M. Holmes
CA Bar. No. 260475
drewholmes@quinnemanuel.com
**QUINN EMANUEL URQUHART
& SULLIVAN LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: 415-875-6600
Fax: 415-875-6700

**ATTORNEY FOR DEFENDANTS
HTC CORPORATION AND HTC
AMERICA, INC.**

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 15, 2015.

_/s/ Kevin Smith_